No. 93–1331. QUINN-L CAPITAL CORP. ET AL. *v.* ROYAL INSURANCE COMPANY OF AMERICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1333. SHIMIZU *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA (BELLAH, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–1334. MCCUMMINGS *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 93–1337. MARTE ET AL. *v.* CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1339. VENTETOULO, ACTING DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS *v.* DEWITT. C. A. 1st Cir. Certiorari denied.

No. 93–1344. FITZGERALD *v.* MONTANA DEPARTMENT OF FAMILY SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1346. WISEMAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1347. BERG *v.* DENTISTS INSURANCE CO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–1349. RAMSEY, SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS OF LOUISIANA, ET AL. *v.* ABBEVILLE GENERAL HOSPITAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1351. BROWN *v.* BROWN. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 93–1356. ULYAS ET AL. *v.* COSTA ET AL. Super. Ct. Pa. Certiorari denied.

No. 93–1359. RAJU *v.* RHODES. C. A. 5th Cir. Certiorari denied.